```
FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          T.L.          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 432 BTM |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| GILBERTO RAMIREZ-AGUILAR, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about _____ 6/05 _____, within the Southern District of California, defendant GILBERTO RAMIREZ-AGUILAR, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WDK:mg:San Diego
2/19/08

1

Count 2

2        On or about _____ Ol/o6 _____, within the Southern

3 District of California, defendant GILBERTO RAMIREZ-AGUILAR, being

4 an alien, unlawfully entered or attempted to enter the United States

5 at a time and place other than as designated by immigration officers,

6 and eluded examination and inspection by immigration officers, and

7 attempted to enter or obtained entry to the United States by a

8 willfully false or misleading representation or the willful

9 concealment of a material fact and previously committed the offense

10 of illegal entry, as alleged in Count 1; all in violation of Title 8,

11 United States Code, Section 1325, a felony.

12

Count 3

13        On or about January 21, 2008, within the Southern District of

14 California, defendant GILBERTO RAMIREZ-AGUILAR, being an alien,

15 unlawfully entered or attempted to enter the United States at a time

16 and place other than as designated by immigration officers, and eluded

17 examination and inspection by immigration officers, and attempted to

18 enter or obtained entry to the United States by a willfully false or

19 misleading representation or the willful concealment of a material

20 fact and previously committed the offense of illegal entry, as alleged

21 in Count 1; all in violation of Title 8, United States Code,

22 Section 1325, a felony.

23        DATED: February 19, 2008 .

24                                    KAREN P. HEWITT
United States Attorney

25

26

27                              DOUGLAS KEEHN
Assistant U.S. Attorney

28

2