AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

GILBERTO RAMIREZ - AGUILAR

WAIVER OF INDICTMENT

CASE NUMBER: 08CR0432-BTM

I, Gilberto Ramirez-Aguilar, the above named defendant, who is accused of Title _8_, U.S.C., Sec. _1326_ - Deported Alien found in the U.S.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _3-5-2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Ramirez-Gilberto_
Defendant

_/s/_
Counsel for Defendant

Before _/s/_
JUDICIAL OFFICER

FILED
MAR 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY